UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   06-303 M |
| ) | |
| v. ) | |
| ) | |
| ) | DETENTION ORDER |
| BERNARDO GOMEZ HERRERA, ) | |
| a.k.a. Roberto Martinez, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

Count I:      Conspiracy to Distribute Heroin, in violation of Title 21, United

States Code, Sections 841(a)(1), 841(b)(1)(B) and 846.

Date of Detention Hearing: June 19, 2006.

The Court, having conducted a contested detention hearing pursuant to Title 18

U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention

hereafter set forth, finds that no condition or combination of conditions which the defendant

can meet will reasonably assure the appearance of the defendant as required and the safety

of any other person and the community.  The Government was represented by Lisca

Borichewski.  The defendant was represented by Catherine Chaney.

The Government filed a Motion for Detention, noting that the rebuttable

DETENTION ORDER
PAGE -1-

1    presumption applies in this matter in addition to the active BICE detainer filed against the

2    defendant.

3          The defendant argued for release, asserting that the rebuttable presumption does

4    not apply in the instant offense.  Additionally, the defendant offered that the issue of the

5    active BICE detainer could be address in immigration court.

6    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

7          (1)    There is probable cause to believe the defendant committed the

8                 conspiracy drug offense.  The maximum penalty is in excess of ten years.

9                 There is therefore a rebuttable presumption against the  defendant's

10                release based upon both dangerousness and flight risk, under Title 18

11                U.S.C. § 3142(e).

12         (2)    There is a rebuttable presumption in this case and on this record there is

13                nothing that satisfactorily rebuts the presumption against release.  Here

14                are several reasons:

15                (a)    The defendant presents a risk of nonappearance due to the

16                       following:  He is a citizen and national of Mexico who is in the

17                       United States illegally; his ties to the Western District of

18                       Washington are unknown; and BICE has filed a detainer;

19                (b)    The defendant presents a risk of danger based on the nature of the

20                       instant offense.

21         (3)    Based upon the foregoing information which is consistent with the

22                recommendation of U.S. Pre-trial Services, it appears that there is no

23                condition or combination of conditions that would reasonably assure

24                future Court appearances and/or the safety of other persons or the

25                community.

26

DETENTION ORDER
PAGE -2-

**It is therefore ORDERED**:

(l)     The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of June, 2006.

Monica J. Benton
U.S. Magistrate Judge

DETENTION ORDER
PAGE -3-